## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Innovative Real Estate Developers, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **85-1823840** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **1325 Dulles Drive** <br> **Lafayette, LA 70506** <br> Number, Street, City, State & ZIP Code <br><br> **Lafayette** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **230 North Ambassador Caffery Parkway Scott, LA 70583** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | _____ |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **Innovative Real Estate Developers, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | \_\_\_ | When | \_\_\_ | Case number | \_\_\_ |
|---|---|---|---|---|---|
| District | \_\_\_ | When | \_\_\_ | Case number | \_\_\_ |

| Debtor | **Innovative Real Estate Developers, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **Innovative Real Estate Developers, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

24-50278 - #1  File 04/09/24  Enter 04/09/24 17:07:17  Main Document  Pg 4 of 11

| Debtor | Innovative Real Estate Developers, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 9, 2024**
MM / DD / YYYY

X **/s/ Michael J. Munro**          **Michael J. Munro**
Signature of authorized representative of debtor          Printed name

Title **General Manager**

**18. Signature of attorney**

X **/s/ D. Patrick Keating**          Date **April 9, 2024**
Signature of attorney for debtor          MM / DD / YYYY

**D. Patrick Keating**
Printed name

**The Keating Firm, APLC**
Firm name

**220 Heymann Blvd.**
**Lafayette, LA 70503**
Number, Street, City, State & ZIP Code

Contact phone **(337) 233-0300**          Email address **rick@dmsfirm.com**

**14417 LA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Innovative Real Estate Developers, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Atmos Energy** P.O. Box 740353 Cincinnati, OH 45274 | | | | | | $150.00 |
| **City of Scott Utilities** P.O. Box 517 Scott, LA 70583 | | | | | | $250.00 |
| **Cox** P.O. Box 919243 Dallas, TX 75391 | | | | | | $1,300.00 |
| **Dept. of Enivronmental Quality** P.O. Box 733676 Dallas, TX 75373-3676 | | | | | | $300.00 |
| **Elizabeth Barker** 1325 Dulles Drive Lafayette, LA 70506 | | **Contract Labor** | | | | $6,300.00 |
| **Gregory Consulting** c/o Southwest Recovery 16200 Addison Road # 260 Addison, TX 75001 | | | | | | $2,200.00 |
| **Kaptel** P.O. Box 104 Kaplan, LA 70548 | | | | | | $125.00 |
| **Slemco** P.O. Box 90866 Lafayette, LA 70509 | | | | | | $1,500.00 |
| **Waste Connections** P.O. Box 679859 Dallas, TX 75267 | | | | | | $400.00 |

| Debtor | **Innovative Real Estate Developers, Inc.** | | Case number *(if known)* | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wastewater Treatment**<br>**8623 M.G. Blount Lane**<br>**Denham Springs, LA 70726** | | | | | | $4,450.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Atmos Energy
P.O. Box 740353
Cincinnati, OH 45274


Buckeye Equities
7000 Button Lane
Dixon, CA 95620


City of Scott Utilities
P.O. Box 517
Scott, LA 70583


Cox
P.O. Box 919243
Dallas, TX 75391


Dept. of Enivronmental Quality
P.O. Box 733676
Dallas, TX 75373-3676


Elizabeth Barker
1325 Dulles Drive
Lafayette, LA 70506


Gregory Consulting
c/o Southwest Recovery
16200 Addison Road
# 260
Addison, TX 75001


Kaptel
P.O. Box 104
Kaplan, LA 70548


Robin Sylvester
241 1/2 La Rue France
Lafayette, LA 70508

```
Slemco
P.O. Box 90866
Lafayette, LA 70509



Waste Connections
P.O. Box 679859
Dallas, TX 75267



Wastewater Treatment
8623 M.G. Blount Lane
Denham Springs, LA 70726
```

In re   **Innovative Real Estate Developers, Inc.**                              Case No.

                                     Debtor(s)                                           Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the General Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 9, 2024**                                           **/s/ Michael J. Munro**
                                                                 **Michael J. Munro**/**General Manager**
                                                                 Signer/Title

# United States Bankruptcy Court
## Western District of Louisiana

In re  **Innovative Real Estate Developers, Inc.**  
                          Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Innovative Real Estate Developers, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Tandem Enterprises**  
**P.O. Box 62723**  
**Lafayette, LA 70596**

☐ None [*Check if applicable*]

**April 9, 2024**  
Date

**/s/ D. Patrick Keating**  
**D. Patrick Keating**  
Signature of Attorney or Litigant  
Counsel for **Innovative Real Estate Developers, Inc.**  
**The Keating Firm, APLC**  
**220 Heymann Blvd.**  
**Lafayette, LA 70503**  
**(337) 233-0300 Fax:(337) 233-0694**  
**rick@dmsfirm.com**